Kevin A. BARNES, Joseph Abrantes, Tom V. Acosta, Alfonso J. Acuna, Andres F. Adame, Murray C. Adams, Jr., Vincent Z. Aguilar, Edwin L. Alexander, William D. Allan, Donald R. Allman, Carlos G. Almengor, Eduardo R. Alvarado, Samuel C. Alvarado, Juan Amaya, Kenneth M. Andersen, Sammie L. Anderson, Jr., Arthur C. Angulo, Stan L. Antey, John D. Anthony, Michael F. Apple, Roberto Arce, Robert V. Argento, Raul M. Arriola, Richard L. Ashlaw, Cyril V. Atherton, III, Nelson Atiles, Wayne Atwell, Louis Avalos, Rodolfo F. Ayala, Benjamin W. Babb, II, Steve A. Babbey, David A. Badger, Carl J. Ball, Corey H. Bammer, Ruben R. Banda, Frank R. Banuelos, Gregory J. Barbagallo, Willie Barber, David E. Barksdale, Richard A. Barlow, Ernest M. Baron, Eduardo J. Barrera, Alfredo Barron, Jr., Christopher J. Bartine, George D. Baxter, Brad Beales, Mitchell F. Becker, Fernando J. Beltran, George Benavides, Ricardo Benavides, Jr., Monte J. Bennett, David J. Bernard, Anthony J. Betts, Aaron R. Billings, Chris E. Bippley, Todd L. Birdsong, Brian Blake, Thomas L. Blanks, John H. Block, Robert L. Boatright, Michael G. Boone, Steven M. Borup, Miodrag A. Botto, William R. Botts, Ralph D. Boubel, Dudley K. Braesicke, Nolan R. Brandt, Kevin P. Brashear, H. Lee Brawley, Bryant K. Brazley, Robert Breyer, Danny M. Brinson, Elizabeth Briones, Carlos E. Briones, Justin Bristow, Arturo H. Brito, Brian C. Brown, David E. Brown, George H. Brunner, John M. Bryant, Reginald Buck, Donald R. Buechner, Wesley D. Burch, John J. Buscaglia, Jeffrey R. Bush, Mark A. Butler, Louie Calanche, Jr., Philip N. Calk, Patrick D. Callahan, Edgar P. Cano, Gustavo Cantu, Cesar Cantu, Jr., Olimpiades Cardines, Jr., Stephen A. Cardwell, Raul Y. Caro, Frank G. Carrillo, Michael E. Carvalho, Eduardo Casares, Keith Casiraghi, Ricky D. Casler, Jose Castillo, Jose A. Castillo, Alfredo A. Cauble, Keith W. Centner, Javier Cerda, Dominick Chambers, Omar A. Champion, Karla J. Chasteen, Leandro M. Chavez, Felix Chavez, Alejandro Chavez, Alfredo Chavez, Raymundo Chavez, Jr., Steven L. Clanahan, Lee F. Clevenger, II, John Clough, Jr., Brad Coe, Edward Conlin, William C. Cook, Donald V. Cook, Randall K. Corley, Michael G. Corley, David J. Corolis, Roberto Correa, Paul B. Cottrell, David E. Couls, George Crews, Jose G. Cruz, Eduardo Cruz, Rodolfo A. Cubillas, Rodolfo Curiel, Daniel L. Curtis, David M. Dailey, Ronald G. Damron, Javier R. Davis, August B. De Kock, II, Humberto De La Cruz, Mark R. Degrenia, Peter Del Angel, Michael J. Delaney, Thomas E. Deming, Stanely K. Dewitt, Luis Diaz, Michael J. Diaz, Sergio L. Diaz, Agustin Diaz, Jr., Cesar M. Doble, Debra A. Dockendorf, David Doherty, Anthony M. Dominguez, Michael W. Doolittle, Michael E. Douglas, Matthew K. Downey, Bill W. Drake, Robert A. Dubay, Eric Dubbe, William A. Dubois, Robert M. Duff, Jeffrey D. Duncan, Phillip W. Ebner, Gayle Echelmeyer–Simon, Douglass E. Eckhardt, John D. Edwards, William K. Edwards, Kenneth C. Edwards, Jr., Mark N. Eisenbeis, Carl A. Eklund, Warren W. Erwin, Hector Escamilla, Leticia E. Escamilla–Heyer, Robert Espino, Javier A. Esquivel, Alfredo A. Esquivel, Darryl J. Essing, Miguel Estrada, Gilbert R. Estrada, Wayne A. Evans, Steve E. Evans, Al-

vin H. Evenson, Jr., Kenneth H. Farish, Sr., Robert E. Farrens, Robert A. Fiebig, Duane A. Finney, Jr., Donald J. Fitch, Sean P. Flannery, Grady L. Fleenor, Thomas J. Fleming, Angel L. Flores, Eduardo Flores, Joel C. Flores, Julian H. Flores, Jr., Jeff Flud, Willie A. Forester, Curtis E. Fox, Edward Frausto, Allan D. Frock, Charlene S. Frutchey, Robert D. Fuentes, Alejandro S. Fuentez, Miles E. Furman, William H. Furnia, Mont Fyffe, Jr., Karen L. Gales–Lopez, Robert Gallardo, Brian G. Gallucci, John J. Gandy, Jr., Dagoberto Garcia, Ruben Garcia, Robert N. Garcia, Robert L. Garcia, Marco A. Garcia, Juan R. Garcia, Edward Garcia, Francisco A. Garcia, Monty E. Garland, Stuart R. Gary, Daniel Garza, Jaime X. Garza, Jorge A. Garza, Frank Garza, Raul Garza, Raymond G. Gaudreau, Michael Gerleve, Philip A. Giarraputo, Jean S. Gibson, Barbara E. Gilbert, Shawn A. Gisler, Joseph W. Giuliano, Michael R. Gladish, Mark E. Godshall, Michael T. Gold, Alberico M. Gomez, Norbert Gomez, Mario A. Gomez, Arnold E. Gomez, Michael L. Gonzales, Frank C. Gonzales, Jose A. Gonzales, Luis Gonzalez, Ramiro Gonzalez, Jose M. Gonzalez, Emilio J. Gonzalez, Jose E. Gonzalez, Jorge A. Gonzalez, Francisco Gonzalez, Salvador Gonzalez, Lynda J. Gonzalez (Brockman), Richard Gordon, Lupita L. Gorman, Ernesto Granillo, Jr., Andre B. Graves, Timothy R. Gravino, Dana E. Graydon, Michael D. Gregg, Pete Grijalva, Fernando T. Grijalva, Ronald J. Guidry, John D. Gunnoe, Jose O. Gutierrez, Ruben A. Gutierrez, Antonio Guzman, Sr., John L. Hackworth, Leonard M. Hall, Scott D. Hall, George P. Haloulos, Riley W. Hanback, Daniel D. Hann, II, James W. Harper, Alexander J. Harper, Jr., Harry Hathaway, Jonathan D. Hays,

Kerry Heck, Jimmie M. Hellekson, Dana C. Henry, Timothy W. Henry, Gina Hernandez, Carlos S. Hernandez, Alexander D. Hernandez, Javier R. Hernandez, Reynaldo B. Hernandez, Jaime M. Hernandez, Mario L. Hernandez, Sergio V. Hernandez, Rosa N. Hernandez, Adam Hernandez, Jr., Ernest P. Hernandez, Jr., Lorenzo S. Hernandez, Jr., Harry G. Herrera, Elias Herrera, Jr., James E. Herrington, Juanita P. Hester, Stephen E. Hickey, Jr., Maximino G. Hidalgo, Sandy C. Hill, Rosendo Hinojosa, Edmund P. Hirales, William R. Hirzel, Phillip D. Hise, Roy A. Hoats, Ronnie D. Hobbs, Donald J. Hodges, David R. Hoffman, Richard E. Holland, James J. Holler, Mark R. Holloway, Randall W. Holm, James R. Holmes, Donald M. Hopkins, Thomas P. Housler, John G. Howenstein, Patrick A. Huggins, Michael G. Hughson, Cary L. Hunt, Dolph D. Hunt, Frank E. Hunter, Patrick Hydo, Wayne R. Jackson, Leslie W. James, Leon G. Janek, Julio Jauregui, David H. Jenkins, William Jenkins, Jr., William M. Jepsen, Larry A. Jerde, Todd A. Jewell, Jesus Jimenez, Frank T. Jimenez, Darren T. Johnson, Brent E. Johnson, Dale W. Johnson, Stephen K. Johnson, John C. Johnson, Keith M. Jones, Ernest W. Jordan, Michael E. Jordan, Kenneth L. Kahn, Russell A. Karhoff, Rudy Karisch, Ronny D. Kastner, Jack M. Kelly, Sheridan D. Kennedy, Allen R. Kenrick, David N. Kimball, Frank R. King, James D. King, Walter B. King, Bernard King, Brian D. Kirkland, William T. Kirkman, Walter E. Kittle, III, Pstachu S. Kohut, Joseph A. Korchmaros, William E. Kramer, Jeffrey C. Kyle, Wayne W. Lackner, Nathan C. Lagasse, David K. Lamascus, Timothy W. Lambourne, Brian M. Langham, Hector Lara, Bonifacio Lara, Franklin V. Larson, Clark P.

Larson, Todd A. Latham, Jesus Lazcano, Jr., Jose A. Leal, Ronald Leblanc, Maurice N. Lemieux, Henry Leo, Kevin Levan, Matthew O. Lieurance, Robert Lindly, Alan W. Lindsey, Johnny E. Longoria, Gilberto B. Lopez, Francisco Lopez, Ricardo A. Lopez, Agustin Lopez, Jose L. Lopez, Carlos Lopez, Francisco X. Lopez, Eduardo Lozano, Cesar J. Lozano, Jr., Gerald L. Lucero, Donald B. Lucero, Samuel P. Lucio, Scott A. Luck, Ignacio Luevano, Brian R. Lundquist, Jaime MacIas, Darrell B. MacKey, Benjamin Madrid, Jr., Sue Major, Oscar A. Maldonado, Jr., Stephen Mangino, Christopher G. Mangusing, Rene Mares, Jorge Marquez, Jose Marrufo, William E. Martin, Michael A. Martin, Jerry B. Martin, Stephen S. Martin, Gregory O. Martin, Eduardo Martinez, Daniel E. Martinez, John A. Martinez, Eduardo J. Martinez, Manuel Martinez, Pedro L. Martinez, Antonio R. Martinez, Paul Martinez, Scott S. Marvin, William A. Maskell, Joseph W. Mason, Charles A. Matteo, Darrin L. Matthews, Esker Mayberry, John J. McAuliffe, William H. McBride, Thomas L. McCall, Terrance M. McCann, Michael F. McCarson, Michael J. McCarty, Brian W. McClatchie, Todd W. McCool, Brian D. McCormack, David McCutchen, Miguel G. McDowell, James R. McFadden, Paul S. McFadin, Michael O. McGlasson, Thomas R. McGrath, William M. McKay, Paul J. McKinley, Trena R. McLaughlin, Kevin McMichael, Robert A. Mead, Johnny M. Meadors, Roger Meister, Joseph Mellia, Christobal X. Mendez, Steven Mendoza, Miguel Mendoza, Manuel C. Mendoza, Javier Mendoza, Alonso C. Mendoza, Higinio G. Mendoza@, Jose Mendoza, Warren W. Merritt, II, Guadalupe Meza, Jr., Russell G. Miles, Dwayne Miller, Shane C. Minter, Genaro F. Miranda, Ruben Miranda, Oscar M. Mireles, Victor G. Mish, Donnie J. Mitchell, William D. Mitchell, Richard C. Molina, Christian L. Molitor, Tony W. Moncibaiz, Michael J. Moncibaiz, Sean R. Monroe, Herbert O. Montanez, Robert Montemayor, Eugene Montes, Jr., Albert Montoya, Danois R. Montoya, Abel Monzon, Richard K. Moody, David G. Moody, John T. Moore, Jenaro Morales, Armando Moralez, Alfonso Moreno, III, Jeffrey G. Morrison, Ralph Moseman, Kolo B. Moser, Daniel T. Moser, Robert M. Most, Rodolfo Muniz, Thomas M. Munn, Robert S. Murlless, Jr., James Murray, Gerald J. Murray, Daniel P. Murray, Christobal G. Musquiz, Robert W. Myers, Paul J. Navarette, Andrew Navarro, Brenda D. Neinast, L.G. Nelson, Jr., Richard H. Nemitz, David J. Newland, Ross G. Nichols, John L. Nienhardt, Salvador Nieto, Kevin L. Nix, James F. Noel, Rene C. Noriega, Donald M. Norris, Juan J. Nunez, Ramon Nunez, Gerardo Ochoa, Hector A. Ochoa, Eric M. Odden, Marc P. O'Donnell, David W. Offutt, Roland E. Ogg, Rolando Olivares, Randy L. Olson, Michael D. Opel, Patrick J. O'Rahilly, Ramiro Ordaz, Jr., James P. Orgeck, Ramon T. Ortega, Diana Ortiz, Charles L. Osborn, Steven R. Osgood, Walter E. Ottmer, Benito L. Pacrem, Tod D. Padgett, Ruben A. Padilla, Manuel Padilla, Jr., Roberto R. Paez, John W. Paisley, Sergio Palacios, John G. Palmer, Shawn M. Palmer, Joseph W. Pankoke, Glen W. Parker, Jesus E. Parra, Roy B. Parson, Dennis L. Payne, Shem T. Peachey, Samuel D. Peak, Stephen A. Pena, Eligio Pena, Jaime Perez, Jose L. Perez, Daniel Perez, Jaime Perez, Jeffrey M. Perkins, Lealan L. Pinkerton, Jean-Pierre R. Plante, Travis L. Plymale, John D. Pool, Anthony Porvaznik,

Sammy H. Posada, Richard A. Potter, Wayne L. Preston, Jr., Michael W. Prines, Maria A. Privette, Carla L. Provost, Adam K. Pruden, Gary W. Prusik, Severo Quiroga, Nabor E. Ramirez, Eduardo J. Ramirez, Marco A. Ramirez, Manuel R. Ramirez, Vittorio A. Ramirez, Leopoldo Ramirez, III, Roberto Ramirez, Jr., Jorge Ramos, Rene E. Ramos, Danny J. Randall, Richard Ransdell, Theodore L. Raymond, Daryl R. Reed, Jay W. Reed, Roberto Rendon, Jr., Luis B. Renteria, Ramiro Renteria, Jr., Carl G. Rhodes, Darren D. Rich, Robert V. Rich, Jonathan D. Richards, Christopher N. Richards, Hector Rios, Jaime Rios, Alan D. Robbins, William J. Robbins, Ronald D. Roberts, Danny R. Roberts, R. Benjamin Robinson, David Robles, Jr., Steven C. Robuck, Carlos V. Roches, Wayne W. Rock, David Rodriguez, Ernest Rodriguez, Manuel M. Rodriguez, Francisco G. Rodriguez, Alex Rodriguez, Eugenio Rodriguez, Johnny J. Rodriguez, Roel H. Rodriguez, Robert C. Roll, Gary J. Roman, Carlos Romo, James Rosales, Herbert A. Roudabush, Carl E. Roy, Thomas W. Rudd, Jonathan B. Russell, Edmund Rutkowski, Walter J. Ryszka, Roberto S. Saenz, Scott F. Sais, Agustin Salgado, Jr., Orlando G. Salinas, Santos L. Salinas, Juan A. Salinas, Jr., Ralph A. Samaniego, Raymundo D. Sanchez, Jesus Sanchez, Orlando Sanchez, Phillip B. Sanchez, Ricardo J. Sanchez, Romulo Sanchez, Jr., Gilberto Sanchez, Jr., Edward L. Sanders, Carlos Santoscoy, John F. Sanwald, Michael Sauceda, Jr., Preston L. Schleinkofer, Tom Schmerber, Nick T. Schmidt, Rodney S. Scott, Kenneth C. Scott, John D. Searle, Jeffrey D. Self, Daniel C. Serrato, Jesse A. Shaw, III, Gregory S. Shay, Matthew C. Sherman, Mathew E. Shultz, Esperanza C. Shultz, Martha G. Silva, Eliseo Silva, Richard G. Simpson, Joel K. Sims, David W. Sitchler, Walter J. Slovik, Stuart Small, Kevin D. Smith, Kenneth L. Smith, Robert K. Smith, Carl W. Smith, Stephen W. Smith, David O. Smith, Ralph E. Smith, Jr., Robert A. Soto, Roberto Soto, Henry S. Soule, Sonia O. Spaulding, William C. Spencer, Jr., Douglas L. Spielman, James E. Splittstoesser, James D. St. Hilaire, John E. Steblein, Marc S. Stelting, William H. Stevens, John F. Stevenson, Randall T. Stiles, Clinton E. Stoddard, Randall R. Stoy, Patrick Q. Straub, John Strauch, Randall W. Sturgeon, Gary J. Subialdea, Patrick E. Sullivan, Eric J. Swanson, Robe@rt P. Swathwood, Jr., Michael J. Syzdek, Michael K. Tangas, Adolfo Tapia, Javier Tarin, George Z. Taylor, Carlos M. Teran, Greg Terrones, Kevin W. Thatcher, Paul D. Thauer, Shavon T. Theis, Michael Thomas, Johnie E. Thomas, Jimmy D. Thornton, Diane S.L. Tolbert, Martha Trevino, Rene Trevino, David R. Trevino, Jr., Ramiro Trevino, Jr., Theresa A. Trueax, Alfonso P. Trujillo, Donny L. Tunnell, Jerry L. Ulibarri, Lawrence P. Unger, Raul R. Valadez, Luis M. Valderrama, Mario Valdez, Heberto Valencia, Rene A. Valenzuela, II, Michelle B. Van Gorder, James E. Van Gorkom, Arthur Van Haselen, Jr., Loal A. Vance, Mario Vargas, Silvestre M. Vasquez, Gary J. Velasquez, Juan J. Vidaurri, Gary G. Viens, Rogelio Villa, Jr., Mario Villarreal, Marty S. Villarreal, Federico Villarreal, III, Rene Villela, Steven D. Vines, Douglas M. Wagner, James G. Wainer, Roger E. Walden, Lonnie S. Waliczek, William M. Wall, John T. Ward, Tracy Warner, Randy A. Warrick, Paul J. Waterman, Timothy E. Watts, Frederick W. Webb, Paul F. Wells, Charles A. Westbrook, Charles C.

Whitmire, David C. Whitmore, Robert S. Wickham, Edmund F. Widner, Carl A. Wieland, Jr., Randall Wiles, Gerald R. Wilke, Donald R. Wilkinson, Mark E. Wilson, Carmen D. Wilson, Rhonda L. Winford, Tommy G. Winget, Thomas M. Winkler, Jerome C. Wofford, William A. Wolfinger, Jr., Mark A. Woody, Tim York, Thomas A. Younghusband, Jesus D. Yzquierdo, Robert E. Zambrano, Salvador S. Zamora, Javier Zapata, Juan E. Zavala, Moises V. Zazueta, Adam Zeitz, Matthew A. Zetts, William M. Zucconi, Carlos Escobar, and Jose A. Molinar, Plaintiffs–Appellants,

and

Alfonso F. ALCARAZ, Paul L. Bales, John W. Baughman, Frank M. Blauvelt, Darrell E. Brown, Roger P. Carpenter, Michael A. Chavira, Martin R. Clark, Ross C. De Lacy, Thomas M. Ferrandino, Manuel Figueroa, Donn A. Gordon, John A. Harding, Debi Jolicoeur (Hines), Doreen M. Kennedy, Brian A. May, Daniel Mier, Jr., E. Erik Moncayo, Benjamin Moreno, Alvaro M. Obregon, John C. Poole, II, Ramon Rivera, Garth D. Rogers, Roger W. San Martin, David N. Scherzer, Dean E. Sinclair, Jeffrey W. Snavely, Wayne A. Sommers, and Don E. Webster Plaintiffs,

v.

UNITED STATES, Defendant–Appellee.

Nos. 02–5077, 02–5093.

United States Court of Appeals, Federal Circuit.

March 6, 2003.

LINN, Circuit Judge.

*ORDER*

Kevin Barnes et al. (Barnes) notify the court that the United States Court of Federal Claims has requested that this court dismiss "the entire matter on appeal, without prejudice, and remand to this court for the purpose of addressing all outstanding matters." We treat Barnes' notification as a motion to remand. The United States has not responded.

On October 17, 2002, we remanded to the trial court for the purpose of allowing Barnes to file a motion for clarification because it was not clear that a final judgment had been issued as to all claims and all plaintiffs. On January 22, 2003, the trial court responded that a final judgment had not yet been issued and thus requested that this court dismiss Barnes' appeal and remand to the trial court. Because the trial court has not issued a final judgment, we agree that it is appropriate to remand.

Barnes also requests that the court relieve him from the requirement of filing periodic status reports. In light of our decision to remand, Barnes need not file additional status reports.

Accordingly,

IT IS ORDERED THAT:

(1) Barnes' unopposed motion to remand is granted.

(2) All other pending motions are moot.